FILED

2019 MAR -6 PM 4: 11

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INDICTMENT</u> JUDGE LIOI |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:19 CR 145 |
| v. | ) | |
| | ) | Title 18, Sections 922(g)(1), |
| RONALD JACKSON, JR. | ) | 924(a)(2), 924(c)(1)(A)(ii), and |
| | ) | 1951(a), United States Code |
| Defendants. | ) | |

<u>COUNT 1</u>
(Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

1. On or about November 23, 2018, in the Northern District of Ohio, Eastern Division, Defendant RONALD JACKSON, JR., did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that RONALD JACKSON, JR., did unlawfully take and obtain property in the custody, possession, and presence of employees of 7-Eleven, located at 4901 Fleet Avenue, Cleveland, Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in that RONALD JACKSON JR., displayed and brandished a firearm in the presence of said employees, in violation of Title 18, United States Code, Sections 1951(a).

<u>COUNT 2</u>
(Using or Carrying a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(ii))

The Grand Jury further charges:

2. On or about November 23, 2018, in the Northern District of Ohio, Eastern Division, RONALD JACKSON JR., did use or carry a firearm, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Means of Robbery, as charged in Count 1 of this indictment, in violation of Title 18, United States Code, Section 1951(a), and further did brandish said firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

<u>COUNT 3</u>
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

3. On or about November 24, 2018, in the Northern District of Ohio, Eastern Division, RONALD JACKSON, JR., having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery, on or about October 5, 2009, in Case Number CR-09-523929, in Cuyahoga County Common Pleas Court, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Kareen, Model MK III, 9mm caliber semi-automatic handgun, serial number 96JO1271, and ammunition, said firearm and ammunition having been shipped in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.